UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: ALTERNATORS DIRECT PURCHASER ACTIONS | 2:13-cv-00701-MOB-MKM |
| THIS RELATES TO:<br><br>IRVING LEVINE AUTOMOTIVE DISTRIBUTORS, INC.,<br><br>       Plaintiff,<br><br>  vs.<br><br>HITACHI, LTD., et al.,<br><br>       Defendants. | 2:15-cv-13634-MOB-MKM |

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST
MITSUBA DEFENDANTS BY PLAINTIFF IRVING LEVINE
AUTOMOTIVE DISTRIBUTORS, INC.**

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Irving Levine Automotive Distributors, Inc., voluntarily dismisses its claims without prejudice against Mitsuba Corporation and American Mitsuba (collectively, the "Mitsuba Defendants").

Dated: April 20, 2018                        Respectfully submitted,

/s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
FINK + ASSOCIATES LAW
38500 Woodward Avenue, Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com
nfink@finkandassociateslaw.com

*Interim Liaison Counsel for the DPPs*

Joseph C. Kohn
Douglas A. Abrahams
William E. Hoese
KOHN, SWIFT AND GRAF, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Tel: 215-238-1700
Fax: 215-238-1968
jokhn@kohnswift.com
dabrahams@kohnswift.com
whoese@kohnswift.com

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
PRETI FLAHERTY BELIVEAU &
   PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3111
Fax: (207) 791-3111
ghansel@preti.com
rweill@preti.com
msmith@preti.com

2

Steven A. Kanner
William H. London
Michael E. Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
skanner@tklmlaw.com
blondon@fklmlaw.com
mmoskovitz@fklmlaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
SPECTOR ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com

*Interim Lead Counsel for the DPPs*

M. John Dominguez
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1431
jdmoninguez@cohenmilstein.com

David A. Young
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
dyoung@cohenmilstein.com

Matthew W. Ruan
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838 7797
mruan@cohenmilstein.com

3

Solomon B. Cera
Thomas B. Bright
Pamela A. Markert
CERA LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Telephone: (415) 777-2230
scera@cerallp.com
tbright@cerallp.com
pmarkert@cerallp.com

Carl E. Person
225 E. 36th Street – Suite 3A
New York, NY 10016-3664
Telephone: (212) 307- 4444
carlpers2@gmail.com

Irwin B. Levin
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ilevin@cohenandmalad.com

***Additional Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, I electronically filed the foregoing document using the Court's CM/ECF system, which automatically transmitted a Notice of Electronic Filing to all ECF registrants in this matter.

<u>/s/ Nathan J. Fink</u>  
Nathan J. Fink